

14-MC-05003-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>vs.<br><br>PETER URREA,<br><br>               Defendant/Judgment Debtor,<br><br>and<br><br>BANK OF AMERICA,<br><br>                     Garnishee. | NO. 3:14-MC-05003 BHS<br><br>(3:13-CR-5372-1)<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Peter Urrea, from Bank of America, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bank of America, whose address is Bank of America, N.A., Attn: Garnishment and Levy Department, M/S WA1-501-10-17, 800 5th Avenue, Seattle, WA 98124.

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1
2     DATED this  17  day of  March         , 2014.
3
4                          UNITED STATES DISTRICT COURT JUDGE
5  Presented by:
6
7  KERRY J. KEEFE, WSBA #17204
   Assistant United States Attorney
8  United States Attorney's Office
   700 Stewart Street, Suite 5220
9  Seattle, Washington 98101-1271
   Telephone: (206) 553-7970 / Fax: (206) 553-4067
10 E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970