UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER D. URREA,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>BANK OF AMERICA,<br><br>　　　　Garnishee. | NO. 3:14-MC-05003-BHS<br><br>(CR13-5372-1)<br><br>**Order Directing Garnishee to Describe and State the Value of Contents of Defendant/Judgment Debtor's Safe Deposit Box** |

Pursuant to 28 U.S.C. § 3205(c)(5), Plaintiff United States of America (United States), objected to Garnishee Bank of America's Amended Answer to the Court's Writ of Garnishment and moved for an order requiring Bank of America to open Defendant Peter D. Urrea's (Mr. Urrea) Safe Deposit Box and describe and state the value of its contents. Doc. no. 12 (United States' Motion). For the reasons stated in the United States' Motion, the Court finds that 28 U.S.C. § 3205(c)(4)(B) requires Bank of America to describe the

[PROPOSED] ORDER DIRECTING GARNISHEE TO DESCRIBE AND STATE
THE VALUE OF CONTENTS OF DEFENDANT/JUDGMENT DEBTOR'S
SAFE DEPOSIT BOX (*USA v Peter D. Urrea and Bank of America.*, USDC#:
3:14-MC-05003-BHS/CR13-5372-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

contents of the Bank of America safe deposit box of which Mr. Urrea is a co-owner, and to state the value of those contents.

Accordingly, the Court orders Bank of America to do the following within thirty (30) days of the entry of this Order:

(1) Open the safe deposit box that is co-owned by Mr. Urrea; and

(2) File with the Court and serve upon the United States, Mr. Urrea, and all co-owners of the safe deposit box, a Second Amended Answer to the Writ of Garnishment that describes the contents of the safe deposit box and states the contents' value, as required by 28 U.S.C. § 3205(c)(4)(B).

DATED this 11 day of June, 2015.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER DIRECTING GARNISHEE TO DESCRIBE AND STATE THE VALUE OF CONTENTS OF DEFENDANT/JUDGMENT DEBTOR'S SAFE DEPOSIT BOX (USA v Peter D. Urrea and Bank of America., USDC#: 3:14-MC-05003-BHS/CR13-5372-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970